**Order entered March 25, 2021**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00144-CV
No. 05-21-00145-CV

**SAMIR DAOUDI, Appellant**

**V.**

**ABDULRHMAN M. KLALIB, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DC-19-20481 and DC-20-17213**

**ORDER**

By notice of appeal filed February 25, 2021, appellant challenges the trial court's November 13, 2020 combined summary judgment and severance order as well as the trial court's "failure to rule" on appellant's motion for reconsideration. The November 13th combined order granted summary judgment in favor of appellee on all of appellant's claims against appellee and severed those claims from appellant's claims against others. The order was entered in the original cause, trial court cause number DC-19-20481 which on appeal is cause number 05-

21-00144-CV, and the severed claims were assigned trial court cause number DC-20-17213 which on appeal is cause number 05-21-00145-CV.

Although appellant filed a single notice of appeal, he included both trial court cause numbers, resulting in these two appeals. However, the relevant trial court and appellate cause numbers are DC-20-17213, as that is the trial court cause the severed claims at issue on appeal were assigned, and 05-21-00145-CV. Accordingly, we **ORDER** appellate cause number 05-21-00144-CV closed for administrative purposes and **DENY** as moot all pending motions in that cause. Because the clerk's record in that cause contains items not included in the clerk's record in appellate cause number 05-21–00145-CV, we **DIRECT** the Clerk of the Court to transfer the clerk's record in cause number 05-21-00144-CV into cause number 05-21-00145-CV. The parties shall now use only cause number 05-21-00145-CV when referencing the appeal.

We note the notice of appeal filed in cause number 05-21-00145-CV was filed untimely but within the grace period provided in Texas Rule of Appellate Procedure 26.3. However, no motion for extension of time to file the notice of appeal has been filed. *See* TEX. R. APP. P. 26.3. Accordingly, we **DIRECT** appellant to file, no later than April 5, 2021, a motion for extension of time that complies with Texas Rule of Appellate Procedure 10.5(b). *See id.* 10.5(b), 26.3. Pending the filing of the motion, the deadline for filing appellant's brief is

suspended, and the Court will take no action on appellant's first motion for extension of time to file brief and appellee's motion to dismiss appeal.

We caution appellant that failure to file the requested motion for extension of time to file notice of appeal may result in dismissal of the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal is jurisdictional).

/s/    CRAIG SMITH
        JUSTICE